LEE ADELSON et al., Plaintiffs, v. GEORGE DREYMAN et al., Appellants, et al., Defendants. JOHN J. O'CONNOR, Referee-Respondent.— Order unanimously

modified by reducing the allowance to the referee from $15,000 to $7,500 and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.